JUAN ANTONIO RIVERA, PETITIONER-RESPONDENT, v. GREEN GIANT COMPANY, RESPONDENT-APPELLANT.

Argued October 9 and 10, 1967—Decided October 23, 1967.

*Mr. Gerald W. Conway* argued the cause for appellant (*Messrs. Schreiber and Lancaster,* attorneys).

*Mr. Sol D. Kapelsohn* argued the cause for respondent (*Messrs. Kapelsohn, Lerner, Leuchter & Reitman,* attorneys; *Mr. Lawrence E. Maisel* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Lewis in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, GOLDMANN, SCHETTINO and HANEMAN—7.

*For reversal*—None.